Form:ntctfclm

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 18−47723−mbm
Chapter: 7

In Re: (NAME OF DEBTOR(S))
    Douglas Scott Snyder
    326 East Summit St
    Ann Arbor, MI 48104

Social Security No.:
    xxx−xx−8619

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before:

**December 5, 2018**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A proof of claim may be mailed to the clerk's office for filing. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing the proof of claim.

**Any creditor who has previously filed a proof of claim in this case need not file another proof of claim.**

Dated: 9/7/18

                        BY THE COURT

                        Katherine B. Gullo , Clerk of Court
                        U.S. Bankruptcy Court

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                              Case No. 18-47723-mbm
Douglas Scott Snyder                                                Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2          User: kmagg                Page 1 of 2         Date Rcvd: Sep 07, 2018
                              Form ID: ntctfclm          Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2018.
db             +Douglas Scott Snyder,    326 East Summit St,    Ann Arbor, MI 48104-1053
25366507       +22nd Circuit Court,    Case #17-176-CK,    101 E. Huron Street,    Ann Arbor, MI 48104-1446
25366513       +ARS,   1699 Wall Street, Ste. 300,    Mount Prospect, IL 60056-5778
25366508        Allied Hospital Pathologist,    4245 Reliable Pkwy,    Chicago, IL 60680
25366516       +Brksb/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
25366517      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner,    Attn: Bankruptcy,    Po Box 5010,
                Woodland Hills, CA 91365)
25366519       +Catherine McLary CPFO CPFIM,    Washtenaw County Treasurer,     200 N Main St, Ste 200,
                Ann Arbor, MI 48104-1413
25366522       +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
25366523       +Client Services,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
25366527        Diversified Consultants,    P.O. Box 1391,    Southgate, MI 48195-0391
25366528       +Ft. Wayne Radiology Assoc,    PO Box 2601,    Fort Wayne, IN 46801-2601
25366529       +GC Services l,    PO Box 857,    Oaks, PA 19456-0857
25366530        Genpact Services, LLC,    P.O. Box 1969,    Southgate, MI 48195-0969
25366531       +Gretick Harvey Thomspn LTD,    121 W Butler St,    Bryan, OH 43506-1650
25366532       +Helvey & Associates,    1029 E. Center Street,    Warsaw, IN 46580-3420
25366534       +Hospital Care Group,    6435 W Jefferson Blvd,    FMB109,    Fort Wayne, IN 46804-6203
25366537       +Intellitech PFS,    PO Box 5099,    Youngstown, OH 44514-0099
25366541       +Pitsfield Charter Township,    6201 W Michigan Ave,    Patricia Tuplz Scribner-Treasurer,
                Ann Arbor, MI 48108-9721
25366542       +Pittsfield Charter Township,    6201 W. Michigan Ave.,    Ann Arbor, MI 48108-9721
25366543       +Professional Account Services, Inc.,    P.O. Box 188,    Brentwood, TN 37024-0188
25366544       +Progressive Insurance,    Subrogation Division,    P.O. Box 43258,
                Richmond Heighs, OH 44143-0258
25366545       +St Joseph Medical Group,    PO Box 14000,    Attn: 8306K,    Belfast, ME 04915-4033
25366546       +Sue Snyder,    Salvatore C. Molaro, Jr.,    108 Sherman St.,    Blissfield, MI 49228-1130
25366547       +Sue Snyder,    211 Troder St,    Bryan, OH 43506-9149
25366506       +Third Party Withholding Unit,    Michigan Department of Treasury,    PO Box 30785,
                Lansing, MI 48909-8285
25366550       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
25366551      #+Vontage Sourcing,    4930 West State Hwy 52 Ste 1,    Dothan, AL 36305-9102
25366553       +Zwicker & Associates,    80 Minuteman Rd.,    Andover, MA 01810-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25366511        E-mail/Text: ebn@americollect.com Sep 07 2018 22:12:08     Americollect,    1851 S. Averno Rd.,
                Manitowoc, WI 54221
25366514        EDI: ARSN.COM Sep 08 2018 02:03:00      ARS National Service,    P.O. Box 469100,
                Escondido, CA 92046-9100
25366509        EDI: AMEREXPR.COM Sep 08 2018 02:03:00      American Express Gold,    PO Box 981535,
                El Paso, TX 79998-1535
25366510        EDI: AMEREXPR.COM Sep 08 2018 02:03:00      American Express Platinum,    P.O. Box 7863,
                Fort Lauderdale, FL 33329-7863
25366512       +EDI: AMEREXPR.COM Sep 08 2018 02:03:00      Amex,   Correspondence,    Po Box 981540,
                El Paso, TX 79998-1540
25366515       +EDI: AMEREXPR.COM Sep 08 2018 02:03:00      Blue Sky American Express,    PO Box 981535,
                El Paso, TX 79998-1535
25366518       +E-mail/Text: cms-bk@cms-collect.com Sep 07 2018 22:11:44     Capital Management,
                726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
25366520       +EDI: CHASE.COM Sep 08 2018 02:13:00      Chase Card Services,    Correspondence Dept,
                Po Box 15298,    Wilmington, DE 19850-5298
25366521        EDI: CITICORP.COM Sep 08 2018 02:03:00      Citibank,    P.O. Box 6500,
                Sioux Falls, SD 57117-6500
25366525        EDI: DIRECTV.COM Sep 08 2018 02:13:00      Direct TV,    P.O. Box  6414,
                Carol Stream, IL 60197-6414
25366526       +EDI: DISCOVER.COM Sep 08 2018 02:03:00      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
25366533        EDI: RMSC.COM Sep 08 2018 02:03:00      Home Depot,    Po Box 103047,    Roswell, GA 30076
25366535       +E-mail/Text: bankruptcy@huntington.com Sep 07 2018 22:11:54     Huntington,    7 Easton Oval,
                Columbus, OH 43219-6060
25366536       +E-mail/Text: bankruptcy@huntington.com Sep 07 2018 22:11:54     Huntington National Ba,
                41 S High St,    Columbus, OH 43215-3406
25366538       +EDI: TSYS2.COM Sep 08 2018 02:03:00      Macys,    P.O. Box 8058,    Mason, OH 45040-8058
25366539       +EDI: MID8.COM Sep 08 2018 02:13:00      Midland Funding,    8875 Aero Dr. #200,
                San Diego, CA 92123-2255
25366540       +EDI: PARKVIEWHLTH.COM Sep 08 2018 02:13:00      Parkview Health,    PO Box 10416,
                Des Moines, IA 50306-0416
25366548        EDI: RMSC.COM Sep 08 2018 02:03:00      Synchrony Bank,    P.O. Box 960061,
                Orlando, FL 32896-0061
25366505       +E-mail/Text: ustpregion09.de.ecf@usdoj.gov Sep 07 2018 22:11:47     U.S. Trustee,
                211 W. Fort Street,    Suite 700,    Detroit, MI 48226-3263
25366549       +EDI: VERIZONCOMB.COM Sep 08 2018 02:03:00      Verizon,    Attn: Wireless Bankrupty Admin,
                500 Technology Dr Ste 500,    Weldon Springs, MO 63304-2225
```

```
District/off: 0645-2           User: kmagg            Page 2 of 2           Date Rcvd: Sep 07, 2018
                               Form ID: ntctfclm      Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
25366552        E-mail/Text: BKRMailOps@weltman.com Sep 07 2018 22:12:07      Weltman, Weinber & Reis,
                 323 W. Lakeside Ave. #200,   Cleveland, OH 44113-1009
                                                                                       TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25366524        Dawn Farm
                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2018 at the address(es) listed below:
```
              Glen  Turpening    on behalf of Debtor Douglas Scott Snyder fregolaw@aol.com,
               R48886@notify.bestcase.com
              James P. Frego, II    on behalf of Debtor Douglas Scott Snyder fregolaw@aol.com,
               R48886@notify.bestcase.com
              Peter F. Schneider    on behalf of Trustee Timothy J. Miller pete@claysonschneidermiller.com
              Timothy J. Miller     miller7trustee@gmail.com,
               MI45@ecfcbis.COM;assistant@schneidermiller.com;d3becker@gmail.com
                                                                                        TOTAL: 4
```